JUDGE STEIN

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

07 CIV 4639

------------------------------------------------------------X

RICHARD DESCLAFANI,    Civ.

                   Plaintiff,

-against-

PAVE-MARK CORPORATION, STIMSONITE
CORPORATION, STIMSONITE CORPORATION,
as successor in interest to PAVE-MARK CORPORATION,
AVERY DENNISON CORPORATION and AVERY
DENNISON CORPORATION, as successor in interest
to STIMSONITE CORPORATION,

                   Defendant(s).

------------------------------------------------------------X



## NOTICE OF REMOVAL

    To the Honorable Judges of the United States District Court for the Southern District of New York, the defendants, STIMSONITE CORPORATION and AVERY DENNISON CORPORATION, by its attorneys, Connors and Connors, P.C., state the following upon information and belief:

    1.    That the defendants, STIMSONITE CORPORATION and AVERY DENNISON CORPORATION, hereinafter referred to as Stimsonite and Avery Dennison respectfully, are defendants in the above-entitled action.

    2.    That Stimsonite was incorporated in the State of Delaware and has its principal place of business in Niles, Illinois.

    3.    That Avery Dennison was incorporated in the State of Delaware and has it principal place of business in Pasadena, California.

    4.    That on May 7, 2007, Avery Dennison's corporate headquarters received a copy of the summons and complaint filed on behalf of plaintiff in the Supreme Court of New York County.

    5.    That at all times hereinafter mentioned, Avery Dennison's designated agent for service of process in the State of New York is C.T. Corporation.

6. That the action presently pending in the Supreme Court of the State of New York for the County of New York is as follows:

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------------X
RICHARD DESCLAFANI,

                Plaintiff,

-against-

PAVE-MARK CORPORATION, STIMSONITE
CORPORATION, STIMSONITE CORPORATION,
as successor in interest to PAVE-MARK CORPORATION,
AVERY DENNISON CORPORATION and AVERY
DENNISON CORPORATION, as successor in interest
to STIMSONITE CORPORATION,

                Defendant(s).
-----------------------------------------------------------------X

Index No. 105655/07

7. That defendants, Stimsonite and Avery Dennison, are filing this Notice of Removal within 30 days of receipt of the summons and complaint by Avery Dennison's corporate offices.

8. That on June 1, 2007, the law firm of Connors & Connors, P.C. was retained to defend Stimsonite and Avery Dennison in this matter.

9. Upon information and belief, the plaintiff, Richard Desclafani, is a citizen of New York State.

10. Upon information and belief, putative defendant Pave-Mark Corporation no longer exists.

11. Upon information and belief, the amount in controversy in this action exceeds the sum of $75,000 exclusive of interests and costs.

12. This is an action for damages for personal injury resulting from the alleged negligence of the defendants.

13. This Honorable Court has original jurisdiction over this action pursuant to 28 U.S.C. §1332 and the action may therefore be removed to this Honorable Court pursuant to 28 U.S.C. §1441.

14. A copy of the Summons and Complaint received by Avery Dennison is annexed hereto.

WHEREFORE, Stimsonite and Avery Dennison prays that the above-entitled action now pending against them in the Supreme Court of the State of New York, County of New York, be removed to this Honorable Court.

Dated: Staten Island, New York
       June 1, 2007

_____
JOHN P. CONNORS, JR. (6514)
CONNORS & CONNORS, P.C.
Attorneys for **Defendants**
**STIMSONITE CORPORATION and**
**AVERY DENNISON CORPORATION**
766 Castleton Avenue
Staten Island, NY 10310
(718) 442-1700
File No. DBS 23483

TO:   WINGATE, RUSSOTTI & SHAPIRO
      Attorney for **Plaintiff**
      420 Lexington Avenue
      New York, NY 10170
      Attn: William P. Hepner, Esq.
      (212) 986-7353

      PAVE-MARK CORPORATION
      Defendant - DOES NOT EXIST

**07 CIV. 4639**

JUDGE STEIN

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
RICHARD DESCLAFANI,

        Plaintiff,

-against-

PAVE-MARK CORPORATION, STIMSONITE
CORPORATION, STIMSONITE CORPORATION,
as successor in interest to PAVE-MARK CORPORATION,
AVERY DENNISON CORPORATION and AVERY
DENNISON CORPORATION, as successor in interest
to STIMSONITE CORPORATION,

        Defendant(s).
-----------------------------------------------------------------X

**SIRS:**

    **PLEASE TAKE NOTICE,** that upon the removal of this action from the Supreme Court of the State of New York, County of New York, to the United States District Court for the Southern District of New York, a Notice of Removal, a copy of which is annexed hereto was duly filed in the Office of the Clerk of the United States District Court for the Southern District of New York on the 1st day of June, 2007.

Dated: Staten Island, New York
      June 1, 2007

                                            JOHN P. CONNORS, JR. (6514)
                                            CONNORS & CONNORS, P.C.
                                            Attorneys for **Defendants**
                                            **STIMSONITE CORPORATION and**
                                            **AVERY DENNISON CORPORATION**
                                            766 Castleton Avenue
                                            Staten Island, NY  10310
                                            (718) 442-1700
                                            File No. DBS 23483

TO:    WINGATE, RUSSOTTI & SHAPIRO
         Attorney for **Plaintiff**
         420 Lexington Avenue
         New York, NY 10170
         Attn: William P. Hepner, Esq.
         (212) 986-7353

         PAVE-MARK CORPORATION
         Defendant - DOES NOT EXIST

## CERTIFICATE OF SERVICE

I, JOHN P. CONNORS, JR., hereby certify that a copy of the foregoing NOTICE OF REMOVAL was mailed by first class mail, postage prepaid, this 1st day of June, 2007, to all counsel of record as indicated below.

_____
JOHN P. CONNORS, JR. (6514)

TO:   WINGATE, RUSSOTTI & SHAPIRO
      Attorney for **Plaintiff**
      420 Lexington Avenue
      New York, NY 10170
      Attn: William P. Hepner, Esq.
      (212) 986-7353

      PAVE-MARK CORPORATION
      Defendant - DOES NOT EXIST