UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

RICHARD DESCLAFANI,

                  Plaintiff,

  -against-

PAVE-MARK CORPORATION, STIMSONITE
CORPORATION, STIMSONITE CORPORATION,
as successor in interest to PAVE-MARK CORPORATION,
AVERY DENNISON CORPORATION and AVERY
DENNISON CORPORATION, as successor in interest
to STIMSONITE CORPORATION,

                  Defendant(s).
------------------------------------------------------------X

Civ.
07 CV 4639 (SHS)

      Pursuant to Rule 7.1 of the General Rules of the Southern District of New York and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries, or affiliates of that party which are publicly held.

            **Stimsonite Corporation is a subsidiary of a private company.**
            **Avery Dennison Corporation is itself publicly traded.**

Dated: Staten Island, New York
       June 1, 2007

                                        JOHN P. CONNORS, JR. (6514)

## CERTIFICATE OF SERVICE

I, JOHN P. CONNORS, JR., hereby certify that a copy of the foregoing RULE 7.1 STATEMENT was mailed by first class mail, postage prepaid, this 1st day of June, 2007 to all counsel of record as indicated below.

_____
JOHN P. CONNORS, JR. (6514)

TO: WINGATE, RUSSOTTI & SHAPIRO
Attorney for **Plaintiff**
420 Lexington Avenue
New York, NY 10170
Attn: William P. Hepner, Esq.
(212) 986-7353

PAVE-MARK CORPORATION
Defendant - DOES NOT EXIST