UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RICHARD DESCLAFANI,

                Plaintiff,

  -against-

PAVE-MARK CORPORATION., STIMSONITE
CORPORATION, STIMSONITE CORPORATION,
as successor in interest to PAVE-MARK CORPORATION,
AVERY DENNISON CORPORATION, and AVERY
DENNISON CORPORATION, as successor in interest to
STIMSONITE CORPORATION,

                Defendants.
------------------------------------------------------------------X

**JURY DEMAND**

Civ. 4639/07

**C O U N S E L O R S:**

    **PLEASE TAKE NOTICE**, that the undersigned hereby demand(s) a trial by jury on all issues in this action.

Dated: New York, New York
       June 7, 2007

                                                  Yours, etc.,

                                                  William P. Hepner (WPH 7131)
                                                  WINGATE, RUSSOTTI & SHAPIRO, LLP
                                                  Attorneys for Plaintiff(s)
                                                  420 Lexington Avenue, Suite 2750
                                                  New York, NY 10170
                                                  (212) 986-7353

TO:    Connors & Connors, P.C.
          Attorneys for Defendants
          STIMSONITE CORPORATION and
          AVERY DENNISON CORPORATION
          766 Castleton Avenue
          Staten Island, NY 10310
          (718) 442-1700
          File No.: 442-1700

          PAVE-MARK CORPORATION
          Defendant-Does not exist

AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ss.
COUNTY OF NEW YORK  )

      Bania De Los Santos, being duly sworn, deposes and says:

      Deponent is not a party to this action, is over 18 years of age and resides within the State of New York.

      On June 13, 2007, deponent served the within Jury Demand upon

Connors & Connors, P.C.
Attorneys for Defendants
STIMSONITE CORPORATION and
AVERY DENNISON CORPORATION
766 Castleton Avenue
Staten Island, NY 10310
(718) 442-1700
File No.: 442-1700

PAVE-MARK CORPORATION
Defendant-Does not exist

at the address designated by said attorneys for that purpose by depositing a true copy of same, enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the united States Postal Service within the State of New York.

                                                               Bania De Los Santos

Sworn to before me on
June 13, 2007

Notary Public

Kenneth J. Halperin
Notary Public, State of New York
No. 02HA6161475
Qualified in Nassau County
Commission Expires February 28, 20__

Civ. 4639/07
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICHARD DESCLAFANI,

                              Plaintiff(s),

- against -

PAVE-MARK CORPORATION., STIMSONITE
CORPORATION, STIMSONITE CORPORATION,
as successor in interest to PAVE-MARK CORPORATION,
AVERY DENNISON CORPORATION, and AVERY
DENNISON CORPORATION, as successor in interest to
STIMSONITE CORPORATION,

                              Defendant(s).

---

### JURY DEMAND

---

## WINGATE, RUSSOTTI & SHAPIRO, LLP
Attorneys for Plaintiff(s)
**420 Lexington Avenue**
**Suite 2750**
**New York, New York 10170**
**(212) 986-7353**
*Facsimile* **(212) 953-4308**