UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK NEW YORK
-----------------------------------------------------------------------X
RICHARD DESCLAFANI,

        Plaintiff,

-against-

PAVE-MARK CORPORATION, STIMSONITE
CORPORATION, STIMSONITE CORPORATION,
as successor in interest to PAVE-MARK CORPORATION,
AVERY DENNISON CORPORATION, as
successor in interest to PAVE-MARK CORPORATION,

        Defendant.
-----------------------------------------------------------------------X

NOTICE OF APPEARANCE

07 CIV 4639

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for plaintiff, RICHARD DESCLAFANI.

    I certify that I am admitted to practice in this Court.

DATED:    New York, New York
                July 12, 2007

Yours, etc.,

_____
William P. Hepner (WPH7131)
WINGATE, RUSSOTTI & SHAPIRO, LLP
Attorneys for Plaintiff(s) Richard DeSclafani
420 Lexington Avenue
Suite 2750
New York, NY 10170
(212) 986-7353

TO:    CONNORS & CONNORS, P.C.
        Attorneys for Defendant(s)
        766 Castleton Avenue
        Staten Island, N.Y.  10310
        718-442-1700

AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                    ss.
COUNTY OF NEW YORK  )

Kathleen Bartolotti, being duly sworn, deposes and says:

Deponent is not a party to this action, is over 18 years of age and resides within the State of New Jersey.

On July 12, 2007, deponent served the within **NOTICE OF APPEARANCE** upon

Connors & Connors, P.C.
Attorney for Defendant(s)
766 Castleton Avenue
Staten Island, N.Y. 10310
(718) 442-1700

at the address designated by said attorneys for that purpose by depositing a true copy of same, enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the united States Postal Service within the State of New York.

_____
Kathleen Bartolotti

Sworn to before me on
July 12, 2007

_____
Notary Public

DEBRA PAGAN
Notary Public, State of New York
No. 01PA6006894
Qualified in Bronx County
Commission Expires May 11, 2010

Civ. 4639/07
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD DESCLAFANI,

                Plaintiff(s),

- against -

PAVE-MARK CORPORATION., STIMSONITE
CORPORATION, STIMSONITE CORPORATION,
as successor in interest to PAVE-MARK CORPORATION,
AVERY DENNISON CORPORATION, and AVERY
DENNISON CORPORATION, as successor in interest to
STIMSONITE CORPORATION,

                Defendant(s).

## NOTICE OF APPEARANCE

## WINGATE, RUSSOTTI & SHAPIRO, LLP
Attorneys for Plaintiff(s)
**420 Lexington Avenue**
**Suite 2750**
**New York, New York 10170**
**(212) 986-7353**
*Facsimile (212) 953-4308*