UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

Richard DeSelafani                               :     07 Civ. 9639 (SHS)

                Plaintiff(s),       :

            -against-                        :     CONSENT TO PROCEED BEFORE
                                                UNITED STATES MAGISTRATE

Pavemark, Stimsonite Corp.,         :
Avery Dennison Corp     Defendant(s).   :
    et al
-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

        IT IS HEREBY STIPULATED by the undersigned:

        1.      All parties consent, pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, that a United States Magistrate Judge conduct all further proceedings in this action, including any trial and entry of final judgment.

        2.      Any appeal from a judgment entered in this case will lie to the Court of Appeals for the Second Circuit as from any other judgment of the district court pursuant to 28 U.S.C. § 636(c)(3) and Fed. R. Civ. P. 73(c).

Dated: New York, New York
       July 19, 2007

Wingate Russotti + Shapiro
William Hepner
_____              _____
Plaintiff                                                                  Attorney for Defendant Stimsonite Duty Pinners
Address 420 Lexington Ave. #2750                    Address 766 Castleton Ave.
        NY, NY 10170                                                 SI, NY 10310
Telephone 212-926-2353                                    Telephone 718-442-1700

Connors & Connors, PC
S/ Timothy N. O'Donovan

(Separately executed forms may be submitted. See Fed. R. Civ. P. 73(b).)

SO ORDERED: 7/19/07

_____
Sidney H. Stein, U.S.D.J.

Magistrate Judge _____ was assigned this case on _____.

For: Clerk U.S.D.C. S.D.N.Y.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/19/07