UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RICHARD DESCLAFANI,

                Plaintiff,

  - against -

PAVE-MARK CORPORATION, STIMSONITE
CORPORATION, STIMSONITE CORPORATION,
as successor in interest to PAVE-MARK CORPORATION,
AVERY DENNISON CORPORATION and AVERY
DENNISON CORPORATION, as successor in interest
to STIMSONITE CORPORATION,

                Defendants.
-----------------------------------------------------------------X

**NOTICE OF MOTION PRO HAC VICE**

07 CIV 4639 (SHS) (HP)

JUDGE ASSIGNED:
SIDNEY H. STEIN

MAGISTRATE JUSTICE
HENRY PITMAN

PLEASE TAKE NOTICE that upon the Affidavit of John M. Alten, Ulmer & Berne, Skylight Office Tower, 1660 West 2nd Street, Cleveland, OH 44113-1448, in support of this motion and Certificate of Good Standing annexed hereto, will move this Court before the Honorable Sidney H. Stein at the United States Courthouse for the Eastern District of New York, pursuant to Rule 1.3(c) of the local rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing admission of John M. Alten, with the firm of Ulmer & Berne, LLP and a member in good standing of the bar of the State of Ohio, as attorney pro hac vice to argue or try this case in whole or in part as counsel. There are no disciplinary proceedings against John M. Alten in any State or Federal Court.

Respectfully submitted,

/s/ John M. Alten

JOHN M. ALTEN
Ulmer & Berne
Skylight Office Tower
1660 West 2nd Street
Cleveland, OH 44113-1448
Tel. (216) 583-7000
Fax (216) 583-7001
Email jalten@ulmer.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RICHARD DESCLAFANI,

                    Plaintiff,

- against -

PAVE-MARK CORPORATION, STIMSONITE
CORPORATION, STIMSONITE CORPORATION,
as successor in interest to PAVE-MARK CORPORATION,
AVERY DENNISON CORPORATION and AVERY
DENNISON CORPORATION, as successor in interest
to STIMSONITE CORPORATION,

                    Defendants.
------------------------------------------------------------------X

**AFFIDAVIT**

**07 CIV 4639 (SHS) (HP)**

JUDGE ASSIGNED:
SIDNEY H. STEIN

MAGISTRATE JUSTICE
HENRY PITMAN

JOHN M. ALTEN, being duly sworn, hereby deposes and says:

1. That I am an attorney with the law firm of Ulmer & Berne, LLP.

2. I submit this Affidavit in support of my motion for admission to practice pro hac vice in the above-captioned matter, on behalf of the defendants in this action.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the State of Ohio.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and advocate pro hac vice in this one case.

*[signature]*
JOHN M. ALTEN
Ulmer & Berne
Skylight Office Tower
1660 West 2nd Street
Cleveland, OH 44113-1448
Tel. (216) 583-7000
Fax (216) 583-7001
Email jalten@ulmer.com

Sworn to before me this
3rd day of Aug., 2007
*Linda Rosales (AKA Linda Ramos)*
Notary Public
my comm. expires: 5/17/09

# The Supreme Court of Ohio

### CERTIFICATE

I, RICHARD A. DOVE, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Registration & CLE of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

John Michael Alten

was admitted to the practice of law in Ohio on November 08, 1999; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

> IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 9th day of July, 2007.
>
> RICHARD A. DOVE
> *Director, Attorney Services Division*
>
> *Attorney Registration Assistant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RICHARD DESCLAFANI,

                Plaintiff,

  - against -

PAVE-MARK CORPORATION, STIMSONITE
CORPORATION, STIMSONITE CORPORATION,
as successor in interest to PAVE-MARK CORPORATION,
AVERY DENNISON CORPORATION and AVERY
DENNISON CORPORATION, as successor in interest
to STIMSONITE CORPORATION,

                Defendants.
------------------------------------------------------------------X

**ORDER**

07 CIV 4639 (SHS) (HP)

JUDGE ASSIGNED:
SIDNEY H. STEIN

MAGISTRATE JUSTICE
HENRY PITMAN

The motion for admission to practice pro hac vice each particular portion of that. The above-captioned matter is granted. The admitted attorney, John M. Alten, is permitted to argue or try this case in whole in part as counsel advocate.

An attorney admitted to practice pro hac vice is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's office. When paying by mail, return a copy of this Order to the Clerk's office with the required fee. This Order confirms your appearance as counsel in this case and will be entered in the Court's docket. A notation of your admission pro hac vice with the above listed case will be made on the roll of attorneys. The attorney admitted pro hac vice must serve a copy of this Order on all other counsel in this case.

Dated:          , 2007

                                        _____
                                        UNITED STATES DISTRICT COURT
                                        JUDGE SIDNEY H. STEIN

cc:
John M. Alten
Ulmer & Berne
Skylight Office Tower
1660 West 2nd Street
Cleveland, OH 44113-1448

Connors & Connors, P.C.
766 Castleton Avenue
Staten Island, NY 10310

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **Notice of Motion Pro Hac Vice** was mailed by first class United States mail, postage prepaid this 6th day of August, 2007, to all counsel of record as indicated below.

------------------------------------------
Timothy M. O'Donovan - 4342


TO:   WINGATE, RUSSOTTI & SHAPIRO
      Attorney for **Plaintiff**
      420 Lexington Avenue
      New York, NY 10170
      (212) 986-7353