USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-17-07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X

RICHARD DESCLAFANI,             :

               Plaintiff,     :     07 Civ. 4639 (HBP)

  -against-                    :     ORDER

PAVE-MARK CORPORATION, et al.,  :

               Defendants.    :

-----------------------------------X

       PITMAN, United States Magistrate Judge:

       A pre-trial conference having been held in this matter on this date during which various scheduling issues were discussed, with the consent of counsel for all parties who have been served and appeared, it is hereby ORDERED that:

       1.  To the extent they have not already done so, all parties shall make the disclosures required by Fed.R.Civ.P. 26(a)(1) no later than September 17, 2007.

       2.  Any motions to amend the pleadings or to join additional parties shall be served and filed no later than October 17, 2007.

       3.  All non-expert discovery shall be completed on or before January 31, 2008.

       4.  Plaintiff shall produce all materials required by Fed.R.Civ.P. 26(a)(2) no later than February 29, 2008.

5.  Defendants shall produce all materials required by Fed.R.Civ.P. 26(a)(2) no later than March 31, 2008.

6.  Depositions of all expert witnesses shall be completed by April 30, 2008.

7.  Dispositive motions, if any, shall be served and filed no later than May 30, 2008.

8.  The Pretrial Order, in the form required by my rules, along with all other pretrial submissions required by my rules, shall be filed on June 30, 2008 or thirty days after the decision on any dispositive motion (if it is still necessary after such decision), whichever date is later.  Plaintiff shall serve a draft of his portion of the Pretrial Order on counsel for defendants no later than fifteen days prior to the Pretrial Order's due date.  For the convenience

of all parties, a copy of my rules can be found on the Court's web site, www.nysd.uscourts.gov.

Dated: New York, New York
August 16, 2007

SO ORDERED

HENRY PITMAN
United States Magistrate Judge

Copies mailed to:

Kenneth Halperin, Esq.
Wingate, Russotti & Shapiro, LLP
Suite 2750
420 Lexington Avenue
New York, New York  10170

Michael J. Caulfield, Esq.
Connors & Connors, P.C.
766 Castleton Avenue
Staten Island, New York  10310