SCANNED

DOC # 10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

RICHARD DESCLAFANI,

        Plaintiff,

- against -

PAVE-MARK CORPORATION, STIMSONITE
CORPORATION, STIMSONITE CORPORATION,
as successor in interest to PAVE-MARK CORPORATION,
AVERY DENNISON CORPORATION and AVERY
DENNISON CORPORATION, as successor in interest
to STIMSONITE CORPORATION,

        Defendants.
------------------------------------------------------------X

NOTICE OF MOTION
PRO HAC VICE

07 CV 4639 (SHS) (HP)

JUDGE ASSIGNED:
SIDNEY H. STEIN

MAGISTRATE JUSTICE
HENRY PITMAN

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-22-07

  PLEASE TAKE NOTICE that upon the Affidavit of John M. Alten, Ulmer & Berne, Skylight Office Tower, 1660 West 2nd Street, Cleveland, OH 44113-1448, in support of the motion and Certificate of Good Standing annexed hereto, will move this Court before the Honorable Sidney H. Stein at the United States Courthouse for the Eastern District of New York, pursuant to Rule 1.3(c) of the local rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing admission of John M. Alten, with the firm of Ulmer & Berne, LLP and a member in good standing of the bar of the State of Ohio, as attorney pro hac vice to argue or try this case in whole or in part as counsel. There are no disciplinary proceedings against John M. Alten in any State or Federal Court.

            Respectfully submitted,

Timothy M. O'Donovan (C4342)
Connors & Connors, PC
766 Castleton Ave
Staten Island, NY 10310
Tel (718) 442-1700
Fax (718) 442-1717
E-mail: to'donovan@connorslaw.com

JOHN M. ALTEN
Ulmer & Berne
Skylight Office Tower
1660 West 2nd Street
Cleveland, OH 44113
Tel. (216) 583-7000
Fax (216) 583-7001
Email jalten@ulmer.com

APPLICATION GRANTED

SO ORDERED

HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE
8-21-07