UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RICHARD DESCLAFANI,

                       Plaintiff,

  - against -

PAVE-MARK CORPORATION, STIMSONITE
CORPORATION, STIMSONITE CORPORATION,
as successor in interest to PAVE-MARK CORPORATION,
AVERY DENNISON CORPORATION and AVERY
DENNISON CORPORATION, as successor in interest
to STIMSONITE CORPORATION,

                       Defendants.
-----------------------------------------------------------------X

07 CIV 4639 (SHS)(HP)

**JOINT MOTION FOR STAY OF DISCOVERY**

      Plaintiff Richard Desclafani and Defendants Stimsonite Corporation ("Stimsonite") and Avery Dennison Corporation ("Avery Dennison") move this Court for an order granting a stay of discovery other than any discovery that may be relevant to Defendants' previously filed Motion for Summary Judgment on the issue of successor liability. A ruling on Defendants' motion could dispose of this action on the threshold legal question of successor liability, and both parties agree that the resources of the parties and the Court would be best preserved by staying discovery and all other case deadlines pending the Court's decision on the motion.

      For these reasons, and in the interests of justice, Plaintiff and Defendants ask the Court to enter an order:

      1.    Staying all discovery and continuing all case-management deadlines during the pendency of Defendants' Motion for Summary Judgment filed November 20, 2007; and

2.     Ordering the parties, should the Court deny Defendants' motion, to contact the Court to schedule a status conference to reset outstanding case management deadlines

A draft order is attached.

Dated: December 12, 2007

_____
WILLIAM PAUL HEPNER
WINGATE, RUSSOTTI & SHAPIRO, LLP
420 Lexington Avenue, Suite 2750
New York, NY 10170
(212)986-7353
Fax: (212)953-4308
E-mail: whepner@wrslaw.com

Attorneys for Plaintiff

_____
JOHN M. ALTEN
ULMER & BERNE, LLP
Skylight Office Tower
1660 West 2nd Street, Suite 1100
Cleveland, Ohio 44113
(216)583-7000
Fax: (216)583-7001
E-mail:jalten@ulmer.com

JOHN P. CONNORS, JR.
CONNORS & CONNORS, P.C.
766 Castleton Avenue
Staten Island, NY 10310
(718)442-1700
E-mail: jconnorsjr@connorslaw.com

Attorneys for Defendants
STIMSONITE CORPORATION and
AVERY DENNISON CORPORATION

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  
-----------------------------------------------------------------X  
RICHARD DESCLAFANI,

                        Plaintiff,

- against -

PAVE-MARK CORPORATION, STIMSONITE  
CORPORATION, STIMSONITE CORPORATION,  
as successor in interest to PAVE-MARK CORPORATION,  
AVERY DENNISON CORPORATION and AVERY  
DENNISON CORPORATION, as successor in interest  
to STIMSONITE CORPORATION,

                        Defendants.  
-----------------------------------------------------------------X

07 CIV 4639 (SHS)(HP)

[PROPOSED] ORDER

      Upon the Joint Motion of Plaintiff Richard Desclafani and Defendants Stimsonite Corporation and Avery Dennison Corporation to Stay Discovery, and for good cause shown, the Court issues the following order:

      1.    All discovery, except discovery relevant to Defendants' Motion for Summary Judgment filed November 20, 2007, and all other case-management deadlines are hereby stayed pending a decision on Defendants' motion; and

      2.    Should the Court deny Defendants' motion, the parties will contact the Court within seven days to schedule a status conference to reset outstanding case management deadlines.

      IT IS SO ORDERED.

_____        _____  
JUDGE                                              DATE

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served via the Court's ECF system this ___ day of December, 2007, to all counsel of record.

--------------------------------------