# WINGATE, RUSSOTTI & SHAPIRO, LLP

### ATTORNEYS AT LAW

PHILIP RUSSOTTI
CLIFFORD H. SHAPIRO
KENNETH J. HALPERIN
WILLIAM P. HEPNER
STAVROS E. SITINAS

JASON M. RUBIN
SCOTT A. STERN
COLLEEN A. KIRCHOFF

THE GRAYBAR BUILDING
420 LEXINGTON AVENUE
SUITE 2750
NEW YORK, NY 10170

TELEPHONE: (212) 986-7353
FAX: (212) 953-4308
WWW.WRSLAW.COM

OF COUNSEL
WILLIAM A. WINGATE
PAULA M. GRECO
ROBERT J. BELLINSON

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/18/2007

December 12, 2007

APPLICATION GRANTED

SO ORDERED

_(signature)_
HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE
12-17-07

Via Facsimile (212)805-6111

Hon. Magistrate Judge Henry Pitman
United States Courthouse
500 Pearl Street, room 750
New York, NY 10007

Re: Desclafani v. Pave-Mark Corporation et al.
07 CIV 4639 (SHS)(HP)

Dear Magistrate Judge Pitman:

I am writing to request an extension of time to file papers in opposition to defendants' Motion for Summary Judgment. Defendant filed a Motion for Summary Judgment on November 20, 2007. The Court Rules required that all papers be filed by December 5, 2007. Due to a problem at my office this was not accomplished.

Additionally, since this Court's decision on the Motion for Summary Judgment may make discovery in this matter moot, I am today filing a Joint Motion for Stay of Discovery (other than discovery that may be relevant to defendants' motion).

I have conferred with defense counsel, and defendants consent to an extension of time to file papers for the Motion for Summary Judgment until January 18, 2008, if the Joint Motion for Stay is granted. It is respectfully submitted that no prior requests for an extension of time has been requested.

Thank you for your consideration.

Very truly yours,

_(signature)_
William P. Hepner

WPH:mc
cc. John M. Alten, Esq. (216)583-7001
John P. Connor, Jr., Esq. (718)442-1717