AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                                    ss.
COUNTY OF NEW YORK  )

      Bania De Los Santos, being duly sworn, deposes and says:

      Deponent is not a party to this action, is over 18 years of age and resides within the State of New York.

      On January 16, 2008, deponent served the within Affirmation In Opposition upon

Connors & Connors, P.C.
Attorneys for Defendants
STIMSONITE CORPORATION and
AVERY DENNISON CORPORATION
766 Castleton Avenue
Staten Island, NY 10310
(718) 442-1700
File No.: 442-1700

John M. Altman, Esq.
Ulmer & Burne, LLP.
Skylight Office Tower
1660 West 2nd Street, Suite 1100
Cleveland, oh 44113

at the address designated by said attorneys for that purpose via Federal Express, Priority Overnight Mail, by depositing a true copy of same, enclosed in a properly addressed envelope under the exclusive care and custody of Federal Express.

_____
Bania De Los Santos

Sworn to before me on
January 16, 2008
_____
Notary Public

Kenneth J. Halperin
Notary Public, State of New York
No. 02HA6161475
Qualified in Nassau County
Commission Expires February 26, ____