UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RICHARD DESCLAFANI,                              :

               Plaintiff,                                    :

             -against-                                        :           ORDER
                                                                                  07 Civ. 4639 (HBP)

PAVE-MARK CORP, et al.,                          :

               Defendants                                    :
----------------------------------------------------------- X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       IT IS HEREBY ORDERED that the settlement conference scheduled previously for

February 13, 2008, at 10:30 a.m., will be held on May 28, 2008, at 10:30 a.m.

Dated: New York, New York               SO ORDERED:
           February 11, 2008

                                                                      _____
                                                                     KEVIN NATHANIEL FOX
                                                                     UNITED STATES MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/08