AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ss.
COUNTY OF NEW YORK   )

    Maribel Caba, being duly sworn, deposes and says:

    Deponent is not a party to this action, is over 18 years of age and resides within the State of New York.

    On July 10, 2008, deponent served the within SUPPLEMENTAL BRIEF and EXHIBIT upon

Connors & Connors, P.C.
766 Castleton Avenue
Staten Island, N.Y. 10310

at the address designated by said attorneys for that purpose by depositing a true copy of same, enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the united States Postal Service within the State of New York.

_____
Maribel Caba

Sworn to before me on
July 10, 2008

_____
Notary Public

STAVROS E. SITINAS
Notary Public, State of New York
No. 02SI6057719
Qualified in New York County
Commission Expires April 23, 2011