# ulmer | berne | llp



ATTORNEYS

JOHN M. ALTEN

direct 216.583.7354
direct fax 216.583.7355
jalten@ulmer.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/01/08

July 30, 2008

**MEMO ENDORSED**

Via Facsimile – 212/805-6712
The Honorable Kevin Nathaniel Fox
U.S. District Court
Southern District of New York
500 Pearl Street, Room #540
New York, New York 10007

    Re:    *Desclafani v. Pave-Mark Corp. et al.*
           Case No. 07 CIV 4639 (SHS)(HP)

Dear Judge Fox:

    I, as counsel for Defendants Stimsonite Corporation and Avery Dennison Corporation, have spoken with Jason Rubin, counsel for Plaintiff, regarding the settlement conference set in the listed matter for August 5. Please recall that we have moved the settlement conference previously based on the pendency of a summary judgment motion regarding Plaintiff's successor-liability claims. Upon the parties' motion, the court stayed discovery pending a ruling on the motion for summary judgment. The summary judgment motion remains pending.

    In that light, the parties have conferred and believe that the mediation conference now would not be productive. Thus, we respectfully ask that the court adjourn the mediation until some date in the autumn so that we might receive a ruling on the pending motion in the interim.

    As always, thank you for your consideration in this matter.

8/1/08
*The settlement conference previously scheduled for August 5, 2008, will be held on October 29, 2008, at 10:30 a.m.  SO ORDERED:*
*Kevin Nathaniel Fox*
KEVIN NATHANIEL FOX, U.S.M.J.

Sincerely,

John M. Alten

0327/plc/1707082
29429-0032

cc:    Jason Rubin, Esq. (counsel for Plaintiff) (via e-mail)
        Michael Caulfield, Esq. (via e-mail)

SKYLIGHT OFFICE TOWER
1660 WEST 2ND STREET, SUITE 1100
CLEVELAND, OHIO 44113-1448

firm 216.583.7000 | fax 216.583.7001 | Internet www.ulmer.com

CLEVELAND     COLUMBUS     CINCINNATI     CHICAGO