| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | 07 CIV 4639 (SHS)(HP) |

-----------------------------------------------------------------------X

RICHARD DESCLAFANI,  **NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT AVERY DENNISON CORPORATION**

                      Plaintiff,

- against -

PAVE-MARK CORPORATION, STIMSONITE
CORPORATION, STIMSONITE CORPORATION,
as successor in interest to PAVE-MARK CORPORATION,
AVERY DENNISON CORPORATION and AVERY
DENNISON CORPORATION, as successor in interest
to STIMSONITE CORPORATION,

                      Defendants.

-----------------------------------------------------------------------X

        PLEASE TAKE NOTICE that John M. Alten of Ulmer & Berne LLP hereby enters his appearance as co-counsel on behalf of Defendants Stimsonite Corporation and Avery Dennison Corporation in the above-captioned matter. Please copy all further correspondence and notices to the undersigned at the address below.

                                                Respectfully submitted,

                                                /s/John M. Alten
                                                John J. Haggerty
                                                John M. Alten
                                                ULMER & BERNE LLP
                                                Skylight Office Tower
                                                1660 West 2nd Street, Suite 1100
                                                Cleveland, Ohio 44113-1448
                                                Telephone: (216) 583-7000
                                                Facsimile:  (216) 583-7001
                                                jhaggerty@ulmer.com
                                                jalten@ulmer.com

                                                Attorneys for Defendant
                                                Avery Dennison Corporation

**CERTIFICATE OF SERVICE**

A true copy of the foregoing Notice of Appearance was served via the Court's ECF system on August 20, 2008.  All parties can access this filing through the ECF system.

        /s/John M. Alten
        One of the Attorneys for Defendant