UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RICHARD DESCLAFANI,

                Plaintiff,                      07 CIVIL 4639 (HBP)

      -against-                              **JUDGMENT**

PAVE-MARK CORP., ET.AL.,

                Defendants.
-----------------------------------------------------------X

        Defendants having moved for summary judgment pursuant to Fed. R. Civ. P. 56, and the matter having come before the Honorable Henry B Pitman, United States Magistrate Judge, and the Court, on August 22, 2008, having rendered its Opinion and Order granting defendants' motion for summary judgment and dismissing the complaint, it is,

        **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated Aug 22, 2008, defendants' motion for summary judgment is granted and the complaint is dismissed; accordingly, the case is closed.

**Dated:** New York, New York
           Aug 22, 2008

                                          J. MICHAEL McMAHON
                                                      Clerk of Court
                                    BY:
                                                        Deputy Clerk

